THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, against ANNA ROSEMAN, Appellant.— Order [entered Sept. 19, 1952] unanimously reversed, with $20 costs and disbursements to the appellant, and the application for a temporary injunction denied with direction that the action be tried at the first available date. If the tenant was in possession of an apartment as such, the landlord wrongfully locked

her out. If on the other hand she was merely a tenant of a rooming house on a weekly basis, she was properly evicted. (Rent and Eviction Regulations of Temporary State Housing Rent Comm., § 51, subd. 3.) That issue should be expeditiously determined upon a trial. No injunction should be outstanding in the meantime. Settle order on notice. Appeals [from further orders entered Sept. 19th & Sept. 22d] unanimously dismissed, without costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.